Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795

Attorney for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| J & J SPORTS PRODUCTIONS, INC., | Case No. 5:10-cv-05521-EJD |
|---|---|
| Plaintiff, | ORDER (Proposed) |
| vs. | |
| JOSE A. VIDALES, et al., | |
| Defendant. | |

**ORDER (Proposed)**

The above-entitled action is hereby stayed as to defendant Jose A. Vidales, individually and d/b/a Taqueria El Gallo a/k/a El Gallo Jr. Restaurant, pending disposition of Plaintiff's claims against this particular defendant in bankruptcy.

**IT IS SO ORDERED:**

_[signature]_                                    Date: August 26, 2011
**Honorable Edward J. Davila**
**United States District Court**
**Northern District of California**

Page 1

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 28, 2011, I served:

**ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Jose A. Vidales (Defendant)
2185 Luz Avenue
San Jose, CA 95116

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 28, 2011 at South Pasadena, California.

Dated:  June 28, 2011                              */s/ Maria Baird*
                                                                  MARIA BAIRD