IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 5:10-cv-05521 EJD |
| Plaintiff(s), | **ORDER SCHEDULING STATUS CONFERENCE** |
| v. | |
| JOSE A. VIDALES, et. al., | |
| Defendant(s). | |

The court schedules the above-entitled case for a Status Conference on **August 16, 2013, at 10:00 a.m.**  On or before **August 9, 2013**, Plaintiff shall file a brief Status Conference Statement which provides an update on the status of Defendant's bankruptcy action as well as discusses the need for a further stay of this case.

**IT IS SO ORDERED.**

Dated:  July 31, 2013

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:10-cv-05521 EJD
ORDER SCHEDULING STATUS CONFERENCE