**United States District Court**
For the Northern District of California

1

2    IN THE UNITED STATES DISTRICT COURT

3    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4    SAN JOSE DIVISION

5    J & J SPORTS PRODCUTIONS, INC.,          CASE NO. 5:10-cv-05521 EJD

6                                             **ORDER VACATING STATUS CONFERENCE**

                Plaintiff(s),

7    v.

8    JOSE A. VIDALES, et. al.,

9

10              Defendant(s).
     _____/

11          Having reviewed Plaintiff's Status Conference Statement (see Docket Item No. 22), the court

12   has determined that a Status Conference is unnecessary at this time. Accordingly, the conference

13   scheduled for August 16, 2013, is VACATED.

14          In addition, the court issues the following order in light of Defendant's ongoing bankruptcy

15   proceeding:

16          1.    The stay issued on August 30, 2011, shall remain in effect pending disposition of

17                Plaintiff's claims in bankruptcy.

18          2.    Based on information provided by Plaintiff concerning Defendant's bankruptcy

19                proceeding, it appears this case will remain in a period of extended inactivity.

20                Accordingly, the Clerk shall administratively close this file.

21          3.    Upon conclusion of Defendant's bankruptcy proceeding or upon other appropriate

22                circumstances, Plaintiff may request that the court reopen this action and schedule a

23                Case Management Conference.

24   **IT IS SO ORDERED.**

25   Dated: August 13, 2013

26                                             EDWARD J. DAVILA
                                               United States District Judge

27

28

1

CASE NO. 5:10-cv-05521 EJD
ORDER VACATING STATUS CONFERENCE