IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODCUTIONS, INC., | CASE NO. 5:10-cv-05521 EJD |
| Plaintiff(s), | **ORDER VACATING STATUS CONFERENCE** |
| v. | |
| JOSE A. VIDALES, et. al., | |
| Defendant(s). | |

Having reviewed Plaintiff's Status Conference Statement (see Docket Item No. 22), the court has determined that a Status Conference is unnecessary at this time. Accordingly, the conference scheduled for August 16, 2013, is VACATED.

In addition, the court issues the following order in light of Defendant's ongoing bankruptcy proceeding:

1. The stay issued on August 30, 2011, shall remain in effect pending disposition of Plaintiff's claims in bankruptcy.

2. Based on information provided by Plaintiff concerning Defendant's bankruptcy proceeding, it appears this case will remain in a period of extended inactivity. Accordingly, the Clerk shall administratively close this file.

3. Upon conclusion of Defendant's bankruptcy proceeding or upon other appropriate circumstances, Plaintiff may request that the court reopen this action and schedule a Case Management Conference.

**IT IS SO ORDERED.**

Dated: August 13, 2013

EDWARD J. DAVILA
United States District Judge